IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MARTIN J. WALSH, Secretary of Labor, | : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 7:21-cv-00041 (WLS) |
| TISHCO PROPERTIES, LLC, *et al.*, | : : | |
| Defendants. | : : : | |

## **ORDER**

Before the Court is a "Joint Motion for Telephonic Scheduling Conference" filed by the Parties on August 16, 2021. (Doc. 15.) Therein, the Parties request to appear for the Initial Scheduling and Discovery Conference telephonically. (*Id.*) The Parties make this request in light of the rising number of cases of the Delta variant of the virus COVID-19 and cite to the recent CDC guidelines and recommendation for all individuals to wear face masks regardless of whether they have received a vaccination against the virus. (*Id.*)

The Court has consistently required in-person attendance at discovery conferences because of the benefits gained from attending and resolving unsettled issues in-person. While the Court is sensitive to the risks posed by the COVID-19 pandemic, the moratorium on jury trials has ended, and attorneys have begun travelling to court for hearings and conferences regularly. Furthermore, the Rules 16/26 Order specifically states that a telephone conference may be considered "in exceptional circumstances only." (Doc. 14 at 4.) Because the Parties have not demonstrated exceptional circumstances unique to their individual or joint claims,

1

the Court does not find it necessary to hold the Initial Discovery and Scheduling Conference telephonically at this time.[*]

Accordingly, the "Joint Motion for Telephonic Scheduling Conference" filed by the Parties (Doc. 15) is **DENIED**.

**SO ORDERED**, this 20th day of August 2021.

                                                         /s/ W. Louis Sands
                                                         **W. LOUIS SANDS, SR. JUDGE**
                                                         **UNITED STATES DISTRICT COURT**

---

[*] The Court notes that Standing Order 2021-08 was issued by Chief Judge Marc T. Treadwell on August 2, 2021 in response to the recent uptick in COVID-19 cases caused by the Delta variant of the virus. Standing Order 2021-08 limits access to the Court based on the need to protect public health. The Standing Order also mandates the use of masks for all individuals while in the courthouse.